UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

In Re:  
Jeffrey Wayne Brown  
Brittany Pierce Brown  
SSN# : XXX-XX-0311  
SSN# : XXX-XX-8074  

Case No. 17-50510

Chapter 13

## MOTION OF TRUSTEE FOR DETERMINATION
## OF STATUS OF CLAIMS IN CONFIRMED PLAN

The undersigned Trustee in the above-referenced Chapter 13 case reports that he has examined the Proofs of Claim filed in the case and hereby moves that the claims be allowed as reported below for payment by the Trustee under the terms of the confirmed plan. To the extent that any claim as reported differs from the claim as scheduled or filed, the Trustee OBJECTS to that claim and classifies it as he believes proper under applicable law. The claims as reported herein include those proofs of claim believed by the Trustee to have been filed pursuant to Federal Rule of Bankruptcy Procedure 3004.

Claim information in motion is current as of 4/10/2018.

**IF YOU ARE A CREDITOR, TAKE NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE FINAL DISPOSITION OF THE TRUSTEE'S MOTION.**

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Filed Claim Amt | Treatment of Claim | Acct # (Last 4) | Trustee Interest Rate(%) |
|---|---|---|---|---|---|---|---|---|
| Aerocare USA | 10 | | U-Unsecured | 80 | $0.00 | NOT FILED | 4147 | |
| Ashley Funding Services LLC | 27 | 9 | U-Unsecured | 80 | $31.88 | Pay by Trustee | 0320 | |
| Ashley Funding Services LLC | 44 | 10 | U-Unsecured | 80 | $94.24 | Pay by Trustee | 6040 | |
| BB&T-BR DEPT | 43 | 1 | U-Unsecured | 80 | $38.58 | Pay by Trustee | 9906 | |
| BB&T-BR DEPT | 4 | | U-Unsecured | 80 | $0.00 | NOT FILED | 917 | |
| Card Assets LLC | 12 | | U-Unsecured | 80 | $0.00 | NOT FILED | 6746 | |
| Cash to Payday | 5 | 3 | S-Secured-Pro-Rata | 50 | $2,117.05 | Pay by Trustee | 2439 | 6.25 |
| Century Link | 13 | | U-Unsecured | 80 | $0.00 | NOT FILED | 6999 | |
| CREDIT BUREAU | 14 | | Z-Notice Only | 99 | $0.00 | NOT FILED | | |
| Diatherix Laboratories LLC | 15 | | U-Unsecured | 80 | $0.00 | NOT FILED | 7380 | |
| Directv LLC by American InfoSource LP as agent | 46 | 13 | U-Unsecured | 80 | $393.31 | Pay by Trustee | 8120 | |
| Dr James A Harrell Jr | 26 | | U-Unsecured | 80 | $0.00 | NOT FILED | 5555 | |
| Elkin Emergency Physicians PLLC | 16 | | U-Unsecured | 80 | $0.00 | NOT FILED | 7810 | |
| Elkin Emergency Physicians PLLC | 17 | | U-Unsecured | 80 | $0.00 | NOT FILED | 7460 | |
| Elkin Funeral Service | 6 | 6 | U-Unsecured | 80 | $4,224.86 | Pay by Trustee | 1473 | |
| Eos Cca | 18 | | U-Unsecured | 80 | $0.00 | NOT FILED | 7754 | |
| Forsyth Medical Center | 31 | | U-Unsecured | 80 | $0.00 | NOT FILED | 4398 | |
| GEORGE BROWN ASSOCIATES INC | 20 | | U-Unsecured | 80 | $0.00 | NOT FILED | 2419 | |
| Harvest Associates Inc | 21 | | U-Unsecured | 80 | $0.00 | NOT FILED | 0667 | |
| Hugh Chatham Hospital | 22 | | U-Unsecured | 80 | $0.00 | NOT FILED | 6712 | |
| Internal Revenue Service | 23 | | Z-Notice Only | 99 | $0.00 | NOT FILED | | |
| Interstate Credit | 24 | | U-Unsecured | 80 | $0.00 | NOT FILED | 7696 | |
| Jefferson Capital Systems LLC | 19 | 7 | U-Unsecured | 80 | $455.35 | Pay by Trustee | 7781 | |

Case No. 17-50510 Brown

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Filed Claim Amt | Treatment of Claim | Acct # (Last 4) | Trustee Interest Rate(%) |
|---|---|---|---|---|---|---|---|---|
| MEDICAL PARK HOSPITAL | 32 | | U-Unsecured | 80 | $0.00 | NOT FILED | 4398 | |
| Midland Credit Management Inc as agent for | 28 | 11 | U-Unsecured | 80 | $834.95 | Pay by Trustee | 3442 | |
| NC Department of Commerce DES | 29 | | Z-Notice Only | 99 | $0.00 | NOT FILED | | |
| NC DEPT OF REVENUE | 30 | | Z-Notice Only | 99 | $0.00 | NOT FILED | | |
| Online Information Services | 33 | | U-Unsecured | 80 | $0.00 | NOT FILED | 1588 | |
| Optimum Outcomes Inc | 34 | | U-Unsecured | 80 | $0.00 | NOT FILED | 9933 | |
| Piedmont Triad Anesthesia PA | 25 | 5 | U-Unsecured | 80 | $361.34 | Pay by Trustee | 8134 | |
| Portfolio Recovery Associates LLC | 11 | 8 | U-Unsecured | 80 | $421.75 | Pay by Trustee | 4432 | |
| Seterus Inc | 7 | 14 | M-Mortgage/Lease | 30 | $40,973.78 | CONDUIT | 8713 | |
| Seterus Inc | 8 | 14 | N-Mortgage/Lease Arrears | 50 | $2,690.55 | Pay by Trustee | 8713 | 0.00 |
| Simmons Bank | 9 | 4 | U-Unsecured | 80 | $7,332.74 | Pay by Trustee | 1964 | |
| STERN & ASSOCIATES PA | 35 | | U-Unsecured | 80 | $0.00 | NOT FILED | H8JP | |
| Synchrony Bank | 45 | | Z-Notice Only | 99 | $0.00 | NOT FILED | 3608 | |
| Tek Collect Inc | 36 | | U-Unsecured | 80 | $0.00 | NOT FILED | 9382 | |
| Thomas C Flippin | 1 | | B-Base Attorney Fee(s) | 20 | $1,566.00 | $1,483.00 INSIDE / $83.00 OUTSIDE | | |
| Thomas C Flippin | 2 | | B-Base Attorney Fee(s) | 50 | $2,934.00 | Pay by Trustee | | |
| Total Woman Care LLC | 37 | | U-Unsecured | 80 | $0.00 | NOT FILED | 4323 | |
| Verizon by American Infosource LP | 38 | 12 | U-Unsecured | 80 | $149.74 | Pay by Trustee | 0001 | |
| WILKES COUNTY TAX COLLECTOR | 40 | | Z-Notice Only | 99 | $0.00 | NOT FILED | | |
| Wilkesboro County Clerk of Court | 39 | | Z-Notice Only | 99 | $0.00 | NOT FILED | | |
| WS Badcock Corporation | 3 | 2 | S-Secured-Pro-Rata | 50 | $1,043.70 | Pay by Trustee | 3444 | 6.25 |
| Yadkin Valley Adult Medicine | 41 | | U-Unsecured | 80 | $0.00 | NOT FILED | 3804 | |
| Yadkin Valley Dermatology | 42 | | U-Unsecured | 80 | $0.00 | NOT FILED | 9441 | |

Wherefore, the Trustee respectfully requests that the Court grant his motion and classify the claims for payment by the Trustee as set forth herein, and that it grant such other and further relief as is appropriate and just.

Dated: 4/10/2018                                             Steven G. Tate
                                                             Chapter 13 Trustee
                                                             By:  A. Owens

Case No.  17-50510  Brown

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

In Re:  
Jeffrey Wayne Brown  
Brittany Pierce Brown  
SSN# :  XXX-XX-0311  
SSN# :  XXX-XX-8074  

Case No.  17-50510

Chapter 13

**NOTICE OF OPPORTUNITY FOR HEARING**

**TAKE NOTICE** that the Chapter 13 Trustee has filed papers with the Court as follows: Motion for Determination of Status of Claims in Confirmed Plan. A copy of these paper (s) is included with this Notice or copied on the reverse side of this Notice.

**Your rights may be affected.**  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief requested by the Trustee, or if you want the Court to consider your views on this matter, then on or before 6/7/2018, you or your attorney must do four things:

**1. File with the Court a written response** requesting that the Court hold a hearing **and explaining your position.  File the response at:**

    Clerk, U.S. Bankruptcy Court  
    401 W Trade St Room 111  
    Charlotte, NC  28202  

If you **mail** your response to the Court for filing, you must mail it early enough for the Court to **receive** it on or before the deadline stated above.

**2. On or before the date stated above for written responses, you must also serve a copy of your response to any other party required to be served by law.**

**3. Attend the hearing scheduled as listed below.**

**4. Please refer to the Trustee's claim number in any response you may file.**

If you file a response, then a hearing will be held at the following time and place:

Date:  6/8/2018                      Time:  9:30 AM

Location:    U.S. Courthouse  
                Main Courtroom, First Floor  
                200 West Broad Street  
                Statesville, NC  28677  

If you or your attorney do not take these steps, **a hearing will not be held,** and the Court may decide that you do not oppose the relief sought in the matter and may enter an order granting the relief sought.

Dated: 4/10/2018                                                                              Steven G. Tate, Chapter 13 Trustee  
                                                                                                        212 Cooper St  
                                                                                                        Statesville, NC  28677-5856  
                                                                                                        (704) 872-0068 | general@ch13sta.com

Case No. 17-50510  Brown

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

In Re:  
Jeffrey Wayne Brown  
Brittany Pierce Brown  
SSN# : XXX-XX-0311  
SSN# : XXX-XX-8074

Case No. 17-50510

Chapter 13

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a copy of the attached document has been served on the parties whose names and addresses are listed below by United States first class mail, postage prepaid on 4/11/2018.

A. Owens  
Office of the Chapter 13 Trustee

Aerocare USA, 2233 East Main Street, Montrose, CO 81401  
Affiliated Mgmt Services Inc, PO Box 505, Linden, MI 48451-0505  
Ashley Funding Services LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587  
BB&T BR Dept, Mail Code 100-50-01-51, PO Box 1847, Wilson, NC 27894  
BB&T-BR DEPT, PO BOX 1847, WILSON, NC 27894-1847  
Capital Bank, PO Box 164405, Miami, FL 33116-4405  
Card Assets LLC, 3824 Northside Pkwy Ste 350, Atlanta, GA 30327  
CAROLINA WEST, PO BOX 959, WILKESBORO, NC 28697-0959  
Cash to Payday, 16266 Fancy Gap Hwy, Cana, VA 24317  
Century Link, PO Box 4300, Carol Stream, IL 60197-4300  
Charter Communications, 2 Digital Pl, Simpsonville, SC 29681-5769  
Cornerstone Health Care, PO Box 580063, Charlotte, NC 28258-0063  
CREDIT BUREAU, PO BOX 26140, GREENSBORO, NC 27402  
Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873  
Diatherix Laboratories LLC, PO Box 162587, Atlanta, GA 30321-2587  
Directv LLC by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118  
Directv LLC by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008  
Dr James A Harrell Jr, 835 Claremont Center Dr, Elkin, NC 28621  
Elkin Emergency Physicians PLLC, PO Box 63429, Charlotte, NC 28263  
Elkin Funeral Service, PO Box 192, Elkin, NC 28621  
Eos Cca, 700 Longwater Dr, Norwell, MA 02061  
Forsyth Medical Center, 3333 Silas Creek Pkwy, Winston Salem, NC 27103-3013  
GEORGE BROWN ASSOCIATES INC, 2200 CROWNPOINT EXECUTIVE DR, CHARLOTTE, NC 28227-7754  
Harvest Associates Inc, 1010 Spring-Cypress Rd, Spring, TX 77373-2503  
Hugh Chatham Hospital, PO Box 560, Elkin, NC 28621-0560  
Internal Revenue Service, PO Box 7317, Philadelphia, PA 19101-7317  
Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346  
Interstate Credit, 711 Coliseum Plaza Court, Winston Salem, NC 27106  
Jefferson Capital Systems LLC, PO Box 772813, Chicago, IL 60677-2813  
Jeffrey Wayne Brown, Brittany Pierce Brown, 2654 Pleasant Ridge Road, State Road, NC 28676  
Medical Data Systems Inc, 2001 9th Ave Ste 312, Vero Beach, FL 32960  
MEDICAL PARK HOSPITAL, 1950 S HAWTHORNE RD, WINSTON SALEM, NC 27103  
Midland Credit Management Inc as agent for, Midland Funding LLC, PO Box 2011, Warren, MI 48090  
NC Department of Commerce DES, PO Box 26504, Raleigh, NC 27611-6504  
NC DEPT OF REVENUE, OFFICE SERV DIV/BANKRUPTCY UNT, PO BOX 1168, RALEIGH, NC 27602-1168  
Neurosurgical Solutions PA, 145 Kimel Park Dr Ste 220, Winston Salem, NC 27103  
Online Information Services, PO Box 1489, Winterville, NC 28590-1489

Optimum Outcomes Inc, 2651 Warrenville Rd Ste 500, Downers Grove, IL 60515
Piedmont Imaging, 185 Kimel Park Dr, Winston Salem, NC 27103
Piedmont Triad Anesthesia PA, 145 Kimel Park Dr Ste 120, Winston Salem, NC 27103-6983
Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541
Portfolio Recovery Associates LLC, PO Box 41067, Norfolk, VA 23541
Premier Bankcard LLC, c/o Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617
Salem Foot Care PA, 1505 River St, Wilkesboro, NC 28697
Seterus Inc, PO Box 1047, Hartford, CT 06143-1047
Shapiro & Ingle LLP, 10130 Perimeter Pkwy Ste 400, Charlotte, NC 28216-2442
Simmons Bank, PO Box 6609, Pine Bluff, AR 71611-9977
STERN & ASSOCIATES PA, 415 N EDGEWORTH ST STE 210, GREENSBORO, NC 27401-2071
Synchrony Bank, c/o PRA Receivables Management LLC, PO Box 41021, Norfolk, VA 23541
Tek Collect Inc, PO Box 1269, Columbus, OH 43216
THE SIGMON LAW FIRM PA, PO BOX 17249, RALEIGH, NC 27619-7249
Total Woman Care LLC, 942 Johnson Ridge Rd, Elkin, NC 28621
Verizon by American Infosource LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118
Verizon by American Infosource LP, PO Box 248838, Oklahoma City, OK 73124-8838
WILKES COUNTY TAX COLLECTOR, 110 N STREET, WILKESBORO, NC 28697
Wilkesboro County Clerk of Court, 500 Courthouse Dr, Wilkesboro, NC 28697
WS Badcock Corporation, PO Box 724, Mulberry, FL 33860
Yadkin Valley Adult Medicine, 500 Chatham Medical Park, Elkin, NC 28621
Yadkin Valley Dermatology, 201 A Eldon Parks Drive, Elkin, NC 28621

Total Served: 59