**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

| | |
|---|---|
| IN RE: | Case No.  17-50510 |
| Jeffrey Wayne Brown | |
| Brittany Pierce Brown | Chapter 13 |
| SSN# :  XXX-XX-0311        DEBTORS | |
| SSN# :  XXX-XX-8074 | |

**MOTION OF TRUSTEE TO DISMISS CASE**
**OR TO MODIFY PLAN**

The undersigned Trustee in the above-referenced Chapter 13 case hereby moves the Court to dismiss the case, or to modify the plan in such a manner as the Court deems necessary and appropriate, for the following reason(s):

**Plan payments are currently in default.**

A Preliminary Hearing will be held on this motion as shown on the attached Notice, at which the Trustee will recommend to the Court to grant a variety of relief options in this case, including but not limited to dismissing the case, extending or reducing the term of the plan, reducing or increasing the plan payment, reducing the percentage paid to unsecured creditors, granting a moratorium on missed payments, granting a hardship discharge, modifying the plan to the payments made so far, allowing for a fee to the debtors' attorney for representation at the hearing, or granting any other such relief which the Court determines to be necessary and appropriate.

Dated:  5/15/2018                                                                                              Steven G. Tate
                                                                                                                              Chapter 13 Trustee

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

IN RE:  Case No. 17-50510
Jeffrey Wayne Brown
Brittany Pierce Brown  Chapter 13
SSN# : XXX-XX-0311     DEBTORS
SSN# : XXX-XX-8074

**NOTICE OF PRELIMINARY HEARING**

The Chapter 13 Trustee has filed papers in the bankruptcy case for the debtors named above, and will bring before the Court a preliminary hearing on the Motion to Dismiss Case or to Modify Plan.

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

1. If you **DO NOT** want the Court to grant the relief requested by the Trustee, or if you want the Court to consider your views, then by 6/11/2018, you or your attorney must file with the Court a written response at the following address:

Clerk, U.S. Bankruptcy Court
401 W Trade St Room 111
Charlotte, NC  28202

2. If you **mail** your response to the Court for filing, you must mail it early enough for the Court to **receive** it on or before the deadline stated above.

3. On or before the date stated above for written responses, you must also serve a copy of your response on any other party requred to be served by law.

A preliminary hearing will be held at the following time and place:

Date:  6/12/2018                Time:  1:00 PM

Location:   Chapter 13 Bankruptcy Office
212 Cooper Street
Statesville, NC  28677-5856

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought  and may enter an order granting that relief. If a response is made and the motion is not resolved by consent at the preliminary hearing, a hearing before the Court will be scheduled.

Dated:  5/15/2018                Steven G. Tate, Chapter 13 Trustee
212 Cooper St
Statesville, NC  28677-5856
(704) 872-0068 | general@ch13sta.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

IN RE:  
Jeffrey Wayne Brown  
Brittany Pierce Brown  
SSN# : XXX-XX-0311          DEBTORS  
SSN# : XXX-XX-8074

Case No.  17-50510

Chapter 13

## CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on 5/21/2018.

K. Myers  
Office of the Chapter 13 Trustee

Aerocare USA, 2233 East Main Street, Montrose, CO 81401  
Affiliated Mgmt Services Inc, PO Box 505, Linden, MI 48451-0505  
Ashley Funding Services LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587  
BB&T BR Dept, Mail Code 100-50-01-51, PO Box 1847, Wilson, NC 27894  
BB&T-BR DEPT, PO BOX 1847, WILSON, NC 27894-1847  
Capital Bank, PO Box 164405, Miami, FL 33116-4405  
Card Assets LLC, 3824 Northside Pkwy Ste 350, Atlanta, GA 30327  
CAROLINA WEST, PO BOX 959, WILKESBORO, NC 28697-0959  
Cash to Payday, 16266 Fancy Gap Hwy, Cana, VA 24317  
Century Link, PO Box 4300, Carol Stream, IL 60197-4300  
Charter Communications, 2 Digital Pl, Simpsonville, SC 29681-5769  
Cornerstone Health Care, PO Box 580063, Charlotte, NC 28258-0063  
CREDIT BUREAU, PO BOX 26140, GREENSBORO, NC 27402  
Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873  
Diatherix Laboratories LLC, PO Box 162587, Atlanta, GA 30321-2587  
Directv LLC by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118  
Directv LLC by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008  
Dr James A Harrell Jr, 835 Claremont Center Dr, Elkin, NC 28621  
Elkin Emergency Physicians PLLC, PO Box 63429, Charlotte, NC 28263  
Elkin Funeral Service, PO Box 192, Elkin, NC 28621  
Eos Cca, 700 Longwater Dr, Norwell, MA 02061  
Forsyth Medical Center, 3333 Silas Creek Pkwy, Winston Salem, NC 27103-3013  
GEORGE BROWN ASSOCIATES INC, 2200 CROWNPOINT EXECUTIVE DR, CHARLOTTE, NC 28227-7754  
Harvest Associates Inc, 1010 Spring-Cypress Rd, Spring, TX 77373-2503  
Hugh Chatham Hospital, PO Box 560, Elkin, NC 28621-0560  
Internal Revenue Service, PO Box 7317, Philadelphia, PA 19101-7317  
Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346  
Interstate Credit, 711 Coliseum Plaza Court, Winston Salem, NC 27106  
Jefferson Capital Systems LLC, PO Box 772813, Chicago, IL 60677-2813  
Jeffrey Wayne Brown, Brittany Pierce Brown, 2654 Pleasant Ridge Road, State Road, NC 28676  
Medical Data Systems Inc, 2001 9th Ave Ste 312, Vero Beach, FL 32960  
MEDICAL PARK HOSPITAL, 1950 S HAWTHORNE RD, WINSTON SALEM, NC 27103  
Midland Credit Management Inc as agent for, Midland Funding LLC, PO Box 2011, Warren, MI 48090  
NC Department of Commerce DES, PO Box 26504, Raleigh, NC 27611-6504  
NC DEPT OF REVENUE, OFFICE SERV DIV/BANKRUPTCY UNT, PO BOX 1168, RALEIGH, NC 27602-1168  
Neurosurgical Solutions PA, 145 Kimel Park Dr Ste 220, Winston Salem, NC 27103  
Online Information Services, PO Box 1489, Winterville, NC 28590-1489  
Optimum Outcomes Inc, 2651 Warrenville Rd Ste 500, Downers Grove, IL 60515  
Piedmont Imaging, 185 Kimel Park Dr, Winston Salem, NC 27103  
Piedmont Triad Anesthesia PA, 145 Kimel Park Dr Ste 120, Winston Salem, NC 27103-6983  
Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541  
Portfolio Recovery Associates LLC, PO Box 41067, Norfolk, VA 23541  
Premier Bankcard LLC, c/o Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617  
Salem Foot Care PA, 1505 River St, Wilkesboro, NC 28697  
Seterus Inc, PO Box 1047, Hartford, CT 06143-1047  
Shapiro & Ingle LLP, 10130 Perimeter Pkwy Ste 400, Charlotte, NC 28216-2442

Simmons Bank, PO Box 6609, Pine Bluff, AR 71611-9977
STERN & ASSOCIATES PA, 415 N EDGEWORTH ST STE 210, GREENSBORO, NC 27401-2071
Synchrony Bank, c/o PRA Receivables Management LLC, PO Box 41021, Norfolk, VA 23541
Tek Collect Inc, PO Box 1269, Columbus, OH 43216
THE SIGMON LAW FIRM PA, PO BOX 17249, RALEIGH, NC 27619-7249
Total Woman Care LLC, 942 Johnson Ridge Rd, Elkin, NC 28621
Verizon by American Infosource LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118
Verizon by American Infosource LP, PO Box 248838, Oklahoma City, OK 73124-8838
WILKES COUNTY TAX COLLECTOR, 110 N STREET, WILKESBORO, NC 28697
Wilkesboro County Clerk of Court, 500 Courthouse Dr, Wilkesboro, NC 28697
WS Badcock Corporation, PO Box 724, Mulberry, FL 33860
Yadkin Valley Adult Medicine, 500 Chatham Medical Park, Elkin, NC 28621
Yadkin Valley Dermatology, 201 A Eldon Parks Drive, Elkin, NC 28621

Total Served: 59