B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of North Carolina

In re Jeffrey Wayne Brown
aka Jeffrey Brown; aka Jeff Brown; aka Jeffrey W. Brown
Brittany Pierce Brown; aka Brittany P. Brown                Case No. 17-50510

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association as Trustee of Chalet Series III Trust | Seterus, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 14-1 |
| c/o SN Servicing Corporation<br>323 Fifth Street<br>Eureka, CA 95501 | Amount of Claim: $40,973.78<br>Date Claim Filed: 12/11/2017 |
| Phone: 800-603-0836 | Phone: |
| Last Four Digits of Acct #: 9590 | Last Four Digits of Acct. #: 8713 |

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile                    Date: 02/18/2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.